No. 10101. STATE OF MONTANA on the relation of MIKE PAVELL, RELATOR, v. DISTRICT COURT OF THE TWELFTH JUDICIAL DISTRICT of the State of Montana, In and

618

For the COUNTY OF BLAINE, and HONORABLE C. B. ELWELL, the Judge thereof, RESPONDENTS.

Submitted October 19, 1959.

Decided October 29, 1959.

345 Pac. (2d) 381.

*Jess L. Angstman*, Attorney for Relator.

Petition for an appropriate writ.

PER CURIAM.

The application for the writ herein is denied and the proceeding ordered dismissed. See Harrison v. Canon, 122 Mont. 318, 203 Pac. (2d) 978, and State ex rel. Sanford v. District Court, 124 Mont. 429, 225 Pac. (2d) 866.